Submitted on record and briefs June 2, reversed July 12, 2006

In the Matter of Susan Delvin-Nguyen,
Alleged to be a Mentally Ill Person.

## STATE OF OREGON,
*Respondent,*

*v.*

## SUSAN DELVIN-NGUYEN,
*Appellant.*

0508-67763; A129701

139 P3d 971

■■■■■■■■■■■■■■■■■■■■■■■■

■■■■■■■■■■■■■

Lance D. Perdue filed the brief for appellant.

Hardy Myers, Attorney General, Mary H. Williams, Solicitor General, and Laura S. Anderson, Senior Assistant Attorney General, filed the brief for respondent.

Before Edmonds, Presiding Judge, and Linder and Wollheim, Judges.

PER CURIAM

■■■■■■■■

## PER CURIAM

Appellant seeks reversal of a judgment committing her as a mentally ill person for a period not to exceed 180 days. Appellant argues that the record does not establish by clear and convincing evidence that she is presently a danger to herself or unable to provide for her own basic needs because of her mental disorder. The state concedes that the evidence is insufficient for involuntary commitment and that the judgment should be reversed. Upon *de novo* review of the record, we accept the state's concession and reverse.

Reversed.